FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# 19-11241

ERIC POIROUX #.333738.

**CIVIL ACTION**

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

**NO.**

**SECTION** SECT.M MAG.3

versus

"S.T.P.S.O"
PROPERTY STAFF
Deputy BRYANT
Deputy Flemings

Print the full name of all defendants in this
action.
**DO NOT WRITE et al.**

COMPLAINT

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes ( )   No (✓)

TENDERED FOR FILING

JUN 1 4 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B.   If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to the previous lawsuit

Plaintiffs _____ *NONE* _____

Defendants _____ *NONE* _____

2.   Court (If federal court, name of the district court; if state court, name the parish.) *NONE*

3.   Docket Number _____ *NONE* _____

4.   Name of judge to whom case was assigned _____ *NONE* _____ *NONE* _____

5.   Disposition (For example:  Was this case dismissed?  Was it appealed?  Is it still pending?) _____ *NONE* _____

6.   Approximate date of filing lawsuit _____ *NONE* _____

7.   Approximate date of disposition _____ *NONE* _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____ *NONE* _____

II.  PLACE OF PRESENT CONFINEMENT: *E.L.M.H.S.* _____

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B.   Did you present the facts relating to this complaint in the prisoner grievance procedure?  Yes (✓)   No ( )

C.   If your answer is "yes",

1.   Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses.  If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _I did All they Would for me._

D.    If your answer is NO, explain why you have not done so: _THIS IS WHAT THATS I AM SUEING see STATEMENT CLAIM_

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last)   _ERIC POIROUX_

Prisoner Number   _333738_

Address   _P.O. BOX 888 JACKSON, LA. 707_

Date of Birth   _8-11-75_

Date of Arrest   _11-15-16_

Date of Conviction   _10-5-18_

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment,  and service address.   If you have sued more than one defendant, provide this same information for every defendant you have named.  Please attach an additional sheet, if necessary.  The parties listed below must be exactly the same as those listed in your caption.

B.   Defendant __BRYANT__ is employed as __Deputy__
     at __"S.T.P.S.O."__  I
     Address for service: __P.O. Box 903 Covington. LA. (70434)__

C.   Defendant __Fleminos__ is employed as __Deputy__
     at __"S.T.P.S.O."__
     Address for service: __P.O. Box 903 Covington, LA. (70434)__

D.   Defendant _____ is employed as _____
     at _____
     Address for service: _____

E.   Defendant _____ is employed as _____
     at _____
     Address for service: _____

F.   Defendant _____ is employed as _____
     at _____
     Address for service: _____

G.   Defendant _____ is employed as _____
     at _____
     Address for service: _____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need.  Attach extra sheet if necessary.)

ON 1-12-18 I WAS tRANSFERED To "S.T.P.S.O." FRom "E.L.M.H.S." F Vd when I WAS I had 2 WHITe Boxes AN WHITe BAG WITH ClotHS And WHITe BAG LeGAL paper work IN IT. AND ON 3-20-18 MY DAD, JosepH Poiroux CAME AND Recived MY pRoPerty from THe "S.T.P.S.O." pRoPerty 'Room BY DePUTY BRYANT

4

## CON. OF STATEMENT OF CLAIM

And only Recived 2 Bag's No Boxes AT all. In which i had cloth'is And in the Other Box i had enerlop's And leoal paper WORK. And AN Ring And AN Gold + Rope chianNeckless. In which my DAD Never Recived. I called my DAD And he told me. he only Recived 2 Bag's of cloth'is. See || ST. TAMMANY PARISH INC. -oming PROPERY Report #.17217% DATED: 1-12-18 || 'As To The PROPERTY I HAD WHEN I CAME INTO The JAil FRom "E.L.M.H.S." AND AS YOU see my DAD Singed for Release Dated 3-20-18 PROPERTY Released BY DePuTy. BRYANT. See ON THAT SHeet UP Top where IT SAYS ANOTHER WHite Box As I WAS cHecking IN AT "S.T.P.S.O" AND DePuTy B/m FLEMINGS Refused To WRITE down I HAD 2 WHite Boxes I Told him Both Boxes WAS mine my NAME WAS WRote ON Both Boxes IN BLACK MARKALOT. he STill Refused To WRITE IT down. See EXhibit "A". See EXHibit "B" wh- -ich is the PROPERTY SHeet Release form from 1-12-18 of "E.L.M.H.S." DATE of my TRANSFER See where I SINGED And Allso PuT || NOT All OF.|| ON IP. Allso WiTH EXhibiT "A" IS A SHeeT Called || ReQuest To Release INMATE PROPERY || I See That To Where There's my

DAD's stoped. See exhibit "C" #3. Pages Dated: 4-15-18 To MAIN WARDEN/G Long AND 6/ M.S. L. WEARY Dated: 5-5-18 AND 6-3-18 BookING AND Bond -ING STill I got ANSWER BACK From them See "exhibit "C" for Request to find ORopertIes. See exhibit "D" which is the STARTING of my GRIEVANCE Procedure STARTed off WITH AN "INmate-ComplAINT Form" ask -ING To find 2 WHITE Box's So I'ved COmPlANTed ABOUT IT BeING LOST. And When my dad CAme To get my Prope- -RTIes They couldN'T find the Box's AT ALL. And As you CAN See these 3 Copies ALL Differ'ANT FRIST one is A copy of the oRINgAL ComplAINT FoAm the Second PAge Is AN copy of one oRINgAl ANSWeRed Telling me to go to the ComplAINT -er third PAge is A copy SAyINg they SeARched. Now See "ExhiBIT "E" INmate GRIEVANCE" ComplAININg ABouT Them Not BeINg Able to See or Find my Box with my Legal PAPeR's AND eNeRLoP's IN the Box I I had Book's AddReSSoSe AT Legal AND peRSONAL ITem's IN IT. See my FRIST PAge.

Appeal Telling About my 2 White Box's I came from Jackson with And now There's only one white Box in my property that I never recived the white Box your'll claimed your'll gave my dad in your Grievance Response ect's. Now see Exhibit "F" "Warden's Review Decision see that it's from Warden Kelly where it was x'ed Unfounded And saided that it was All given To my dad Action Taken 8-7-18 Friet Page see second Page is on Notice of Appeal the Grievance Response that Col. Smith done up. see Recived 7-24-18 see Third Page Ancopy of the Second Page without "Recived" Stamed on it. Now I wise to say see Frist Page of Exhibit "F" where it Says Requests To Sheriff's Review Dated 8-7-18 And Signed 8-7-18 E.P. And Now see Exhibit "G" "Sheriff's Review Decision" checked un-founded Dated 8-13-2018 Inmate Rensit Dated : 8-15-18 Signed E.P.To For Roux. I see All my Exhibit's for me exhaust-Ino All my Remedies for my 2 Lost or Stolen Boxes which had Legal Work In one of them with And Lost Complaint form from "E.M.H.S" About an fight of 3-2-17 which is Lost or Stolen. By Property Staff.

**V.**    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Would Like foR THe RecoRd's
THAT IWas IN mv pRopeRty
AT "S.T.P.S.O." pRopeRty Room
INRE: mv arievance of "E.L.m.H.S"
of THe fight of 8-2-17 ANd dienAL
of timely medicAL CARE. Be
SuB poeNAed. ANd NOW Allso
Be GiVeN A Sum of mONey
foR Losse's of mAIL ANd otheR
Item's LosT By STAff membRoRs

**VI.**   Plaintiff's Declaration

1)     I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)     I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)     I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)     I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this   1 ST.   day of   ApRIL  , 20 19 .

ERIC POIROUX

(Signature of Plaintiff)

10/2015

5

# ST. TAMMANY PARISH JAIL
## INCOMING PROPERTY REPORT

**Date:** 1 / 12 / 18          **Time:** 07:55

### INMATE

**LAST NAME:** Roirous        **FIRST NAME:** Eric        **MI:** ____

**PROPERTY BAG #:** _____

**SEARCHED BY: DEPUTY:** _____        **RADIO#:** 6 516

### PERSONAL PROPERTY

**WALLET/PURSE** ⊗         **CONTENTS** ⊗

White Knit Bag   Author   White Box
ti More Clothes, Legel work z Book

**PHONE/PAGER/KEYS** ⊗

_____

**WATCH/JEWELRY** ⊗

_____

**HEADWEAR**                    **OTHER PROPERTY** White Box
White Bag Paperwork Book    with Clothes
Blece Items                    Books.
White Bag Legal paperwork

**DESCRIBE INMATES CLOTHING AND SHOES:**
Red Jumpsuit

I CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

**PRISONER'S SIGNATURE** X _____

### RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

**SIGNED** _____        **DATED** 03/20/19

**PROPERTY RELEASED BY: DEPUTY** Bryant

**Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.

No. 172178

"A"
EXHIBIT

## ST. TAMMANY PARISH JAIL
### (THE JAIL INMATE INFORMATION)



## EASTERN LOUISIANA MENTAL HEALTH SYSTEM

**INSTRUCTIONS:** Upon admission, list all patient property. Check appropriate column as to disposition of items. Mark out any items the patient does not have in order to write in what the patient does have. As property is returned to patient/family, enter date in appropriate column. Additional descriptive documentation must be included in progress note.

| ITEM (Describe) | | | KEPT ON UNIT BY PATIENT | PLACED IN PATIENT PROPERTY ROOM | DATE RETURNED TO PATIENT FAMILY |
|---|---|---|---|---|---|
| ☐ Blouse | ☐ Shirt | | | | |
| ☐ Coat | ☐ Sweater | | | | |
| ☐ Dress | | | | | |
| ☐ Jeans | ☐ Pants | ☐ Slacks | | | |
| ☐ Pajamas | | | | | |
| ☐ Robe | ☐ Gown | ☐ Slippers | | | |
| ☐ Shorts | ☐ Skirt | | | | |
| ☐ Shoes | ☐ Socks | | | | |
| ☐ Underpants | | | | | |
| ☐ Undershirts | | | | | |
| ☐ Books | ☐ Games | ☐ Radio | | | |
| ☐ Suitcase | | | | | |
| ☐ Toilet articles | | | | | |
| ☐ Bracelet | ☐ Earrings | ☐ Necklace | | | |
| ☐ Ring | ☐ Watch | | | | |
| Other: | | | | | |
| PT REC ALL PROPERTY | | | | | 1.12.19 |
| FROM PROPERTY ROOM | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I have been advised to send any valuable items home with my family or to place them in the patients' property room until I can give them to my family. I understand I am responsible for any items I do not send home or place in the patients' property room. I understand any items I keep may be lost, stolen, or damaged.

| Patient Signature | Date | Staff Signature | Date |
|---|---|---|---|

**RECEIVED IN PATIENTS' PROPERTY ROOM:** Signature: _____ Date: _____

**PROPERTY DISPOSITION:** ☐ Mailed (Address) · ☐ Disposed of (Reason) · ☑ Returned to patient at discharge (Signature of patient)

DATE: _____

**PATIENT PROPERTY**
ELMHS# 99-73 (Revised 3/5/09)

1ˢᵗ COPY = CHART    2ᴺᴰ COPY = PATIENT PROPERTY STORAGE    3ᴿᴰ COPY = PATIENT

POIROUX, ERIC
# 3?/1

"B"
EXHIBIT
Label



# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## ST. TAMMANY PARISH JAIL - REQUEST FORM

DATE: 4-15-18 _____ Bed and Dorm/Tier C-222

Last Name **POIROUX** First Name **ERIC**

### TYPE OF REQUEST (Check only one)

[✓] **General Request** _____ [ ] **Indigent Request for Writing Supplies**

[ ] **Request to see Public Defender** [ ] **Commissary Balance**

*NOTE: FOR MEDICAL REQUEST USE A MEDICAL REQUEST FORM*
*FOR BOND OFFICE FEE REQUEST REVERSAL USE SHERIFF'S FEE REVERSAL FORM*

### REASON FOR YOUR REQUEST

I'm Requesting THAT you Find Some of my property of mine I came From Jackson with my DAD came and got my property one day About 30 day's Ago and They Gaven him 2 Bags of cloth's And Not Any of my pap's

Inmate Signature: **ERIC POIROUX** Date: 4-15-18

Deputy Signature: _____ Date: _____

Supervisor's Signature: _____ Date: _____

***ROUTING***

[ ] Property [ ] DOC [ ] Shift Lieutenant [ ] Inmate Affairs [ ] Commissary [ ] Public Defender

[ ] Transport [ ] Warden

**Action Taken:**

| | |
|---|---|
| | |
| | |
| | |

Signature of Person Taking Action: _____ Date: _____

Log In Date: _____ By: _____

Returned to Inmate by Deputy: _____ Date: _____
(Name)

C
EXHiBiT

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
PHONE: 1-985-726-8000

And Letter's WHICH WAS IN AN WHICH full of

PAPER's, Book's, And eNeRLOP's I WISE FOR you To FIN

My WHITE Box And LET me KNOW of IT BEINg found

I WISE To LET you PuT IT WITH My oTHeR

WHITE BOX IN WHICH YOUR'll ReFused To GIVE

To My DAD I'ved Tolked To HIM And NOW He LeT-m

KNOW WHAT YOUR'll GAVEN HIM THeRe WAS NO R-

of eNeRLOP's, PAPER's, Book's I CAMe FROM JACKSON

WITH IT SO IF You WILL, WILL You FIND IT And LET

Me KNOW OF SO SO I CAN Come get My DAD

To PICK IT UP.

10' #Emerceny



# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## ST. TAMMANY PARISH JAIL - REQUEST FORM

DATE: _5-5-18_          Bed and Dorm/Tier _C-232_

__Last Name__ _Poiroux_          __First Name__ _Eric_

## TYPE OF REQUEST (Check only one)

[✓] **General Request**       [ ] **Indigent Request for Writing Supplies**

[ ] **Request to see Public Defender**    [ ] **Commissary Balance**

*NOTE: FOR MEDICAL REQUEST USE A MEDICAL REQUEST FORM*
*FOR BOND OFFICE FEE REQUEST REVERSAL USE SHERIFF'S FEE REVERSAL FORM*

### REASON FOR YOUR REQUEST

I'm needing you to find some property of mine in an
white box. When I came from Jackson I had a white box,
now when my dad came to get my property one of my boxs →
was not given to him the one with many books and enerlops

Inmate Signature: _Eric Poiroux_          Date: _5-5-18_

*Deputy Signature:* _____          *Date:* _____

Supervisor's Signature: _____          Date: _____

**\*\*\*ROUTING\*\*\***

[ ] Property   [ ] DOC   [ ] Shift Lieutenant   [ ] Inmate Affairs   [ ] Commissary   [ ] Public Defender

[ ] Transport   [ ] Warden

**Action Taken:** _____

Signature of Person Taking Action: _____          Date: _____

Log In Date: _____          By: _____
                                            (Name)

Returned to Inmate by Deputy: _____          Date: _____
                                            (Name)

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
PHONE: 1-985-726-8000

WAS. NOT AT ALL
THey SAId THey found oNe WHITe Box THAT WAS WITH my CLOTH'S IN IT
THey SAId THey WAS KeepING THAT foR WHeN I geT OUT TO WeAR BUT
THAT WAS oNe of the 2 WHITe Box's I CAMe FRoM JACKSON WITH tHeRe's
oNe tHAt's LOST I'M ASKiNG YOU TO WRITe Me BAcK ANd LeT me KNoW
If YOUR FiNd IT foR me IT HAs oveR 30 eNeRLop's IN IT AddRessed oUT
To go To my HoMe AddRess BiBLe's ANd CoURT eNeRLop's FRoM JAcKsON WILL
YOU PLEASE HAve THIS foUNd foR me pleAse. So I CAN geT my DAd
To come geT IT PLeAse THANK YOU.

PLeAse I Need My STUff
PRopeRTY's PLeAse / W/. Dy. HeNz
Told me TO WRITe TO YOU ABOuT THIS.

*To, S, Weary Booking and Bonding*

# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## ST. TAMMANY PARISH JAIL - REQUEST FORM

DATE: _6-3-18_   Bed and Dorm/Tier _C-232_

__Last Name__ _Poiroux_   __First Name__ _Eric_

### TYPE OF REQUEST (Check only one)

☐ **General Request**          ☐ **Indigent Request for Writing Supplies**

☐ **Request to see Public Defender**   ☐ **Commissary Balance**

*__NOTE:__ FOR MEDICAL REQUEST USE A MEDICAL REQUEST FORM*
*FOR BOND OFFICE FEE REQUEST REVERSAL USE SHERIFF'S FEE REVERSAL FORM*

### REASON FOR YOUR REQUEST

S. Weary I'm writing to get you to find an 2nd white box that I came from Jackson with so I can give it to my dad to take home and now in this 2nd white Box is enerlops, Bibles, Books, ect, will you please find it.

Inmate Signature: _Eric Poiroux_   Date: _6-3-18_

*Deputy Signature:* _____ *Date:* _____

Supervisor's Signature: _____ Date: _____

### ***ROUTING***

☐ Property   ☐ DOC   ☐ Shift Lieutenant   ☐ Inmate Affairs   ☐ Commissary   ☐ Public Defender

☐ Transport   ☐ Warden

Action Taken: _____

Signature of Person Taking Action: _____ Date: _____

Log In Date: _____ By: _____
(Name)

Returned to Inmate by Deputy: _____ Date: _____
(Name)

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
PHONE: 1-985-726-8000



# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## INMATE COMPLAINT FORM

ERIC POIROUX
**Inmate's Name**

C-232
**Housing Assignment**

**Booking Number**

**DATE OF INCIDENT:** 1-12-18 TO NOW

**TIME OF INCIDENT:** DAY AND NOW NIGHT'S ALLSO.

**PLACE OF INCIDENT:** "S.T.P.S.O." BOOKING TO PROPERTY

## COMPLAINT

I CAME HERE WITH 2 WHITE BOX'S AND NOW ONE IS MISSING STOLEN ECT. ONE WITH ALOT OF LEGAL AND PERSONAL LETTER'S IN IT WHEN I CAME FROM JACKSON IT WAS WITH ME NOW ITS LOST WHEN I CAME HERE SGT. FLEMINGS WAS ON DUTY IVED TOLK TO THEM WILE I WAS IN MEDICAL HE SAID HE WOULD TRY TO FIND IT HE TRIED AND SAID HE COULD NOT FIND IT I'M COMPLAINTING ABOUT MY LOST. ALLSO IVED WROTE OUT MANY REQUEST'S TRYING TO GET PEOPLE TO FIND IT FOR ME AND GOT NO ANSWER'S. WHEN MY DAD CAME TO GET MY PROPERTIES YOUR'LL COULDN'T FIND IT THEN I WOULD LIKE THIS ANSWER THIS COMPLAINT PLEASE. AND TRY TO FIND IT AGAIN.

ALLSO ONE NIGHT WILE IN D-100 AN W/M DY. HEINZ CAME TO ME AND BROUT ME SOME OF MY PROPERTY I HAD AN LANDRY BAG WHEN I CAME FROM JACKSON AND IN AN PILLOW CASE AND NEITHER HAD ALL MY PROPERTIES IN IT I AlSO COMPLAINING ABOUT THAT LOOK LIKE HE HAD SOME OF MY PROPERTY IN THE LANDRY CHART. LOOK LIKE HE KEPT SOME.

6-15-18
**Date Filed**

ERIC POIROUX
**Inmates' Signature**

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-809-8200

"D"
EXHIBIT

P.O. BOX 1229
SLIDELL, LA 70459
PHONE: 1-985-726-8000



## St. Tammany Parish Sheriff's Office
### RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## INMATE COMPLAINT FORM

Eric Patroux
**Inmate's Name**

C-232
**Booking Number**          **Housing Assignment**

**DATE OF INCIDENT:** 1-12-18 To Now

**TIME OF INCIDENT:** Day And Now Nights Allso

**PLACE OF INCIDENT:** "S.T.P.S.O." Booking To Property

### COMPLAINT

I came here with 2 white box's and now one is missing stolen ect. one with a lot of legal and personal letter's in it when I came from Jackson it was with me now its lost when I came here sgt. Flemings was on duty I'ved talk to him wile I was in medical he said he would try to find it he tried and said he could not find it I'm complaineing about my lost. Allso I'ved wrote out many request's trying to get people to find it for me and got no answer's. When my dad came to get my properties you'rall couldn't find it then I would like this answer this complaint please. And try to find it again.

Allso one night wile in D-100 an W/m Dy. Henz came to me and about me some of my property I had in an landry bag when I came from Jackson and in an pillow case and neither had all my properties in it I allso complaining about that look like he had some of my property in the landry chart. Look like he kept some.

6-15-18
**Date Filed**

Eric Patroux
**Inmate's Signature**

G21
Teward
will send
an Email
with Key words
to this complant

P.O. Box 1120
Covington, LA 7043
Phone: 1-985-809-8

P.O. BOX 1229
SLIDELL, LA 70459
PHONE: 1-985-726-8000



# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

**PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST**

## INMATE COMPLAINT FORM

ERic Poiroux

**Inmate's Name**

C-232

**Booking Number**     **Housing Assignment**

**DATE OF INCIDENT:** 1-12-18 To NOW

**TIME OF INCIDENT:** DAY AND NOW NIGHTS ALLSO

**PLACE OF INCIDENT:** "S.T.P.S.O." BOOKING To PROPERTY

## COMPLAINT

I CAME HERE WITH 2 WHITE BOX'S AND NOW ONE IS MISSING STOLEN ETC ONE WITH ALOT OF LEGAL AND PERSONAL LETTER'S IN IT WHEN I CAME FROM JACKSON IT WAS WITH ME NOW IT'S LOST WHEN I CAME HERE SGT. FLEMINGS WAS ON DUTY I'VED TOLK TO HIM WILE I WAS IN MEDICAL HE SAID HE WOULD TRY TO FIND IT HE TRIED AND SAID HE COULD NOT FIND IT I'M COMPLAINTENG ABOUT MY LOST. ALLSO I'VED WROTE OUT MANY REQUEST'S TRYING TO GET PEOPLE TO FIND IT FOR ME AND GOT NO ANSWER'S. WHEN MY DAD CAME TO GET MY PROPERTIES YOU'RIII CAUDN'T FIND IT THEN I WOULD LIKE THIS ANSWER THIS COMPLAINT PLEASE AND TRY TO FIND IT AGAIN.

ALLSO ONE NIGHT WILE IN D-100 AN W/M DY. HENZ CAME TO ME AND BROUT ME SOME OF MY PROPERTY I HAD IN AN LANDRY BAG WHEN I CAME FROM JACKSON AND IN AN PILLOW CASE AND NEITHER HAD ALL MY PROPERTIES IN IT I ALLSO COMPLAINTENG ABOUT THAT LOOK LIKE HE HAD SOME OF MY PROPERTY IN THE LANDRY CHART. LOOK LIKE HE KEPT SOME.

7-11-18 - Per Cpl Fayard: The property you are speaking of cannot be located! The Night shift last night searched.

6-15-18

**Date Filed**

ERic Poiroux

**Inmates' Signature**

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
PHONE: 1-985-726-8000

Recived 7-13-18        By BMDy.        Lee.



# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

### INMATE GRIEVANCE       DATE: 7-14-18

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME  ERIC POIROUX          CELL LOCATION  C-232

INMATE DATE OF BIRTH  8-11-75          DATE OF INCIDENT  1-12-18 TO NOW

NAME & LOCATION OF WITNESSES  CARMER, OLD MAN I CAME WITH.

NAME OF STAFF INVOLVED  B/m Dy. FLEMINGS ECT. OTHERS.

SUMMARY OF COMPLAINT  WHEN I CAME FROM JACKSON HOSPITAL
I HAD 2 WHITE BOXE'S ONE WITH CLOTH'S ONE WITH ENERLOP'S
LEGAL AND PERSONAL, BOOK'S, Addresses ECT. AND YOUR'LL CANN'T FIND THE
ONE WITH MY ENERLOPE NOW.

IS THIS AN EMERGENCY GRIEVANCE? YES  ✓          NO_____

SPECIFIC RELIEF DESIRED  To HAVE my WHITE Box FOUND or PAyed for my Losses.

INMATE SIGNATURE  ERIC POIROUX

**************************************************************
### FOR WARDEN'S USE

Grievance #_____          Date Received_____

Type Grievance_____          Screened by_____

REJECTED: (return & obtain receipt)                    RETURNED: (return & obtain inmate receipt)
_____ Outside the scope of this procedure because       _____ Multiple complaints; file separate grievances
_____ Does not personally affect this inmate            _____ Vague complaint: state more facts / clarify
_____ Disciplinary Review Board Decision                _____ Summarize complaint
_____ Refusal of mail                                   _____ Other: (specify)_____
_____ Court Decision / Pardon - Parole Board
_____ Filed more than 90 days after the incident        _____ Accepted & referred to _____
_____ Duplicate grievance by same inmate                Policy / procedure challenge:   yes_____  no_____
_____ Classification Decision
_____ Other: (specify)

**************************************************************
### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____          _____
(Date)                        (Inmate Signature)

P.O. BOX 1120                    P.O. BOX 1229
COVINGTON, LA 70434             SLIDELL, LA 70459
1-985-809-8200                  1-985-726-8000

EXhiBiT "E"



# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

**PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST**

### INMATE GRIEVANCE DATe, 7-14-18

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME ERIC POIROUX          CELL LOCATION C-232

INMATE DATE OF BIRTH 8-11-75          DATE OF INCIDENT 1-12-18 To Now

NAME & LOCATION OF WITNESSES CARMER, old MAN I CAME with.

NAME OF STAFF INVOLVED B/m DY, FLEmINgS ECT. oThERS.

SUMMARY OF COMPLAINT WHEn I CAME From JACKSon HOSPITAL I HAd 2 WHITE Boxe's ONE WITH CLOTH's ONE WITH eveRLock Legal And personal, Book's, Addasses ect. And your'll CANN'T Find The ONE WITH MY eVERLOck Now.

IS THIS AN EMERGENCY GRIEVANCE? YES ✓          NO

SPECIFIC RELIEF DESIRED To HAVE my WHITE Box Found oR pAyed foR my Losses.

INMATE SIGNATURE ERIC PoIRoux

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FOR WARDEN'S USE

Grievance # _____          Date Received 7/17/18

Type Grievance _____          Screened by Cpl Smith

REJECTED: (return & obtain receipt)          RETURNED: (return & obtain inmate receipt)
___ Outside the scope of this procedure because          ___ Multiple complaints; file separate grievances
___ Does not personally affect this inmate          ___ Vague complaint: state more facts / clarify
___ Disciplinary Review Board Decision          ___ Summarize complaint
___ Refusal of mail          ___ Other: (specify)
___ Court Decision / Pardon - Parole Board
___ Filed more than 90 days after the incident          ___ Accepted & referred to _____
___ Duplicate grievance by same inmate          Policy / procedure challenge;   yes___ no___
___ Classification Decision
✓ Other: (specify) On 3/20/18 - You signed your property over to Joseph Poirout.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

See attached Property Release Form.

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____          _____
(Date)          (Inmate Signature)

P.O. BOX 1120
COVINGTON, LA 70434
1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
1-985-726-8000

Cpl. SMITH                          7-18-18

I WISE TO Appeal

I'M WRITEING you CONCERNING THe
gRIeuANce I'ved filed on THe
MATTer of my pROpeRTy THe 2 WHITe
BoxeS I cAme fRom JACKSON WITH ANd
NoW THeRe's oNly oNe WHITe Box IN my
PROpeRTy I NeueR GoT THe WHITe Box
you CLAImed youR'll GAue IT To my dAd
IN youR GRIeuANce RespoNse Well THAt's
NoT TRue I'ved ToIKed To my DAD ANd He
SAId He NeueR RecIued ANy WHITe Box He SAId
He RecIued AN BROWN pApeR BAG ANd AN LANdRy
BAG full of CLoTH'S ANd THAt's ALL NoTHing oTHer ANd
I WRITe To LeT you KNoW THIS ANd THAT WAS oN 3-20-18
NoW To TodAuy ...

Eastern Louisiana Mental Health System
(Rev. 11/08)

CONSUMER COMPLAINT / REQUEST FORM

Date: _____

Name of Client: _____

Hospital #: _____ Building/Ward _____

Person completing form: _____

Complaint /Request: _____

_____

_____

_____

(Use the back of this form if additional space is needed)

Signed: _____     Date: _____

CLIENT ADVOCACY SERVICES INITIAL INTERVIEW WITH CLIENT/GUARDIAN DATE: _____

Findings/Outcome: _____

_____

_____

_____

(Use the back of this form if additional space is needed)

Signed: _____     Date: _____

Client /Guardian:        ☐ Accepted Response        ☐ Not Satisfied with Response

Client /Guardian Signature: _____     Date: _____

REFERRED TO: _____  Date: _____  Date Due: _____

Findings/Outcome/Corrective Action/Response: _____

_____

_____

_____

(Use the back of this form if additional space is needed)

Signed: _____     Date: _____

Date CAS discussed with patient /guardian: _____

Client /Guardian:        ☐ Accepted Response        ☐ Not Satisfied with Response

Client /Guardian Signature: _____     Date: _____

REFERRED TO
CEO/DESIGNEE: _____  Date: _____  Date Due: _____

Findings/Outcome/Corrective Action/Response: _____

_____

_____

(Use the back of this form if additional space is needed)

Signed: _____     Date: _____

Date CAS discussed with patient/guardian: _____

Client /Guardian:        ☐ Accepted Response        ☐ Not Satisfied with Response

Client /Guardian Signature: _____     Date: _____

---

FOR TQM USE ONLY.

Complaint # _____

Div. _____ Campus: _____

Date Received by TQM: _____

Date Closed: _____

## WARDEN'S REVIEW DECISION

To:   Poiroux, Eric _____          CELL LOCATION:  C232

From: **WARDEN KELLY** _____          _____

GRIEVANCE:

FOUNDED  ☐                    UNFOUNDED  ☒

> Warden Kelly spoke with Offender Poiroux on Tuesday,8/7/18 concerning his request for a Warden's
> Review of the grievance dated 7/14/18 concerning missing property. Warden Kelly explained that his file
> contained a Property Release Form dated 3/20/18 where Offender Poiroux's property was released by
> him to his father, Joseph Poiroux. Mr. Poiroux would like to continue his grievance to a Sheriff's Review

ACTION TAKEN:

8/7/18
(date)

Warden Kelly

---

### INMATE RECIPT

(If you wish further review of your Grievance you must sign tl following Request fo Sheriff's Review and
send it to the Sheriff within 5 days of receiving this Warden's eview Decision.  You will receive the
Sheriff's decision within 40 days after the Sheriff receives you Request, or, if less, within ninety days
you originally filed your Grievance).

8-7-18 _____          E. P. _____
(Date)                                   (Inmate signature)

---

### REQUEST FOR SHERIFIS REVIEW

I hereby request review of my Grievance by the Sheriff, or his dsignee.

8-7-18 _____          E. P. _____
(Date)                                   (Inmate signature)

---

**For Sheriff's Use**
Date request for Sheriff's Review rec'd:_____
copy 1 - Warden/copies 2 & 3 - return to inmate copy 3 - return if request Sheriff's review

EXHIBIT

MAIN WARDEN                                    7-18-18

I WISE TO APPEAL THE GRIEVANCE RESPONSE!
THAT CPL. SMITH done up. my PROPERTY of the
2 WHITE BOXES I CAME FROM JACKSON WITH NOW
THERE'S ONLY ONE WHITE BOX ONE BEEN TROWED AWAY
OR LOST OR STOLEN CPL. CLAIMED YOUR'll GAVE IT
TO MY DAD ON 3-20-18 IN YOUR GRIEVANCE RESPONSE
Well THAT'S NOT TRUE I'VED TOLKED TO MY DAD AND He
SAID He NEVER RECIVED ANY WHITE BOX SAID He Recived
AN BROWN PAPER BAG AND AN LANDRY BAG full of CLOTH'S,
THAT'S ALL, I WRITE TO LET YOU KNOW THIS AND APPEAL
TO RESPONSE, IN MY COMPLAINT YOUR'll SAY YOU CANN'T
FIND IT THAT WAS IN MY COMPLAINT AND IN MY
GRIEVANCE YOUR'll SAY YOUR'll CANN'T FIND IT DUE TO GIVEING
IT TO MY DAD TRUE IS YOUR'll DID SomeTHING WITH
IT.


RECEIVED
JUL 2 4 2018

MAIN WARDEN

7-18-18

I WISE TO APPEAL THE GRIEVANCE RESPONSE/ THAT CPL. SMITH DONE UP. MY PROPERTY OF THE 2 WHITE BOXES I CAME FROM JACKSON WITH NOW THERE'S ONLY ONE WHITE BOX ONE BEEN TROWED AWAY OR LOST OR STOLEN CPL. CLAIMED YOUR'LL GAVE IT TO MY DAD ON 3-20-18 IN YOUR GRIEVANCE RESPON WELL THAT'S NOT TRUE I'VED TOLKED TO MY DAD AND HE SAID HE NEVER RECIVED ANY WHITE BOX SAID HE RECIEVED AN BROWN PAPER BAG AND AN LANDRY BAG FULL OF CLOTH'S THAT'S ALL. I WRITE TO LET YOU KNOW THIS AND APPEAL TO RESPONSE. IN MY COMPLAINT YOUR'LL SAY YOU CANN'T FIND IT THAT WAS IN MY COMPLAINT AND IN MY GRIEVANCE YOUR'LL SAY YOUR'LL CANN'T FIND IT DUE TO GIVEN IT TO MY DAD TRUE IS YOUR'LL DID SOMETHING WITH IT.



# *St. Tammany Parish Sheriff's Office*
## RANDY SMITH, *Sheriff*

**PROFESSIONALISM · INTEGRITY · ACCOUNTABILITY · PUBLIC TRUST**

### SHERIFF'S REVIEW DECISION
August 13, 2018

Eric Poiroux
Cell Location: C232

GRIEVANCE: FOUNDED _____          UNFOUNDED: ✓

Mr. Poiroux,

I am In-House Counsel for the St. Tammany Parish Sheriff, Randy Smith ("Sheriff"), and in receipt of your Request for Sheriff Review dated August 7, 2018. As the Sheriff's designee, this written communication shall serve as a formal response to the Second Step process regarding your Inmate Grievance dated July 14, 2018.

In reviewing your Grievance, together with records maintained at the Parish Jail, all items of personal property that accompanied you at the time of your return to the St. Tammany Parish Jail was released to your father, Joseph Poiroux, on March 20, 2018. The signed Property Release confirms receipt of your property to your father, which included the items referenced in your Grievance.

Based on the above factors, your Grievance dated July 14, 2018, is deemed unfounded.

_8/13/2018_
Date

Sheriff's Designee
Nicole Palmisano, Attorney and Designee for
Randy Smith, Sheriff of St. Tammany Parish

### INMATE RECEIPT

_8-15-18_
Date

Eric Poiroux
Eric Poiroux

EXHiBiT 6

C-151

ERIC POIROUX
"E.L.M.H.S" C.R.U. C-WING #58
P.O. Box 888
JACKSON, LA. (70748)

U.S.D.C
500 Poydras ST
New ORleans, LA
(70130)





AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

ERIC POIROUX
_____
Plaintiff

v.

_____
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**19-11241**

CASE NUMBER:

**SECT. M MAG. 3**

I, ERIC POIROUX _____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   E.L.M.H.S.

   Are you employed at the institution?   NO   Do you receive any payment from the   _____

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes          ☑ No
   b. Rent payments, interest or dividends                    ☐ Yes          ☑ No
   c. Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
   d. Disability or workers compensation payments             ☐ Yes          ☑ No
   e. Gifts or inheritances                                   ☐ Yes          ☑ No
   f. Any other sources                                       ☐ Yes          ☑ No

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

TENDERED FOR FILING

JUN 1 4 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 240 Reverse (EDLA Rev. 8/02)

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes     ☑ No

   If "Yes," state the total amount. _____ *NONe* _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☑ No

   If "Yes," describe the property and state its value.

   *NONe*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   | Name | Relationship | Amount Contributed for Support |
   |------|--------------|-------------------------------|
   | *NONe* | | |

I declare under penalty of perjury that the above information is true and correct.

_____ 5/22/19 _____     _____ ERIC POIROUX _____
        Date                        Signature of Applicant

---

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)
#### (To be completed by the institution of incarceration)

I hereby certify that this inmate, _____ Eric Poiroux _____, has a present inmate account balance of $ _____ 0 _____ at the _____ ELMHS _____ institution. I further certify that the average monthly deposits for the preceding six months is $ _____ 0 _____

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ _____ 0 _____

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_____ 5/22/19 _____     _____ Mary Mun _____
      Date Certified              Authorized Officer of Institution